JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUISE BAILEY,<br>　　　　Plaintiff,<br>　v.<br>JOHN WILSON D/B/A SOUTHERN CALIFORNIA AUDIO; FARRELL HILLS PROPERTIES, LLC; and DOES 1 to 10,<br>　　　　Defendants. | Case No.: 2:24-cv-00658 JLS (AJRx)<br>**Final Judgment** |

Upon review of the court files, the motion for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that Plaintiff MARQUISE BAILEY shall have JUDGMENT in his favor in the amount of $2,615.00 as a fee award against Defendants JOHN WILSON D/B/A SOUTHERN CALIFORNIA AUDIO and FARRELL HILLS PROPERTIES, LLC. As the prevailing party, Plaintiff is also entitled to eligible litigation costs under Federal Rule of Civil Procedure 54(d)(1) and Local Rules 54-2 and 54-3.

Additionally, Defendants JOHN WILSON D/B/A SOUTHERN CALIFORNIA AUDIO and FARRELL HILLS PROPERTIES, LLC are ordered to provide an accessible parking space at the property located at or about 4855 Marine Ave., Lawndale, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

DATED: August 30, 2024

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE